IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY JAMES JOHNSON, JR., #86379, )<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>SHERIFF ANDY R. HUGHES, *et al.,*   )<br>)<br>Defendants.   ) | CASE NO. 1:09-CV-829-ID |

## **O R D E R**

On December 10, 2009, the Magistrate Judge filed a Recommendation (Doc. #11) in this case to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and comply with the orders of the Court.

DONE this the 5th day of January, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE